# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| EARNEST BERNARD WILSON, | ) Case No.: 2:17-cv-06967-DMG-AFM |
|---|---|
| Plaintiff, | ) <s>[PROPOSED]</s> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,000.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 10/3/2018

*/s/ Alex MacKinnon*

ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Cyrus Safa*
_____
Cyrus Safa
Attorney for plaintiff Earnest Bernard Wilson